NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**WILLIAM G. WILCOX,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

_____

2009-7054

_____

Appeal from the United States Court of Appeals for Veterans Claims in 07-1874, Donald L. Ivers.

_____

**JUDGMENT**

_____

ALBERT W.L. MOORE, JR., Attorney at Law, of Independence, Missouri, argued for claimant-appellant.

ELLEN M. LYNCH, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-appellee. With her on the brief were TONY WEST, Assistant Attorney General, JEANNE E. DAVIDSON, Director, and MARTIN F. HOCKEY, JR., Assistant Director. Of counsel on the brief were DAVID J. BARRANS, Deputy Assistant General Counsel, and JAMIE L. MUELLER, Attorney, Office of the General Counsel, United States Department of Veterans Affairs, of Washington, DC.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (RADER, *Chief Judge* LINN, and DYK, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| September 13, 2010 | /s/ Jan Horbaly |
|:---:|:---:|
| Date | Jan Horbaly |
| | Clerk |